UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01-456-CIV-GARBER

JACLYN ALFONSO, et al.,

    Plaintiffs,

v.

BRINKER FLORIDA, INC., d/b/a
ROMANO'S MACARONI GRILL,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon notice from the parties that all issues in this cause have been resolved through mediation. Accordingly, and upon due consideration, it is hereby

ORDERED that this cause is DISMISSED WITH PREJUDICE. The Court, however, shall retain jurisdiction for a period of thirty (30) days from the date of this Order for consideration of any applications for attorneys' fees and costs by plaintiffs' counsel. In the event such fees and costs issues are resolved by the parties, counsel shall so advise the Court. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida this 14th day of July, 2003.

                                    BARRY L. GARBER
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
- Lawrence J. McGuinness, Esq.
- Donald J. Jaret, Esq.
- Patricia H. Thompson, Esq.
- James Wiley, Esq.
  Edith G. Osman, Esq.
    Carlton Fields, P.A.