UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No: 01-0456-CIV-▓▓▓▓▓▓-GARBER

JACLYN ALFONSO,

 Plaintiff,

v.

BRINKER FLORIDA, INC., d/b/a
ROMANO'S MACARONI GRILL,

 Defendant.
_____/

THIS IS A CONSENT CASE

## STIPULATED FINAL JUDGMENT

THIS CAUSE having come before me on the Agreed Motion For Approval Of Settlement Stipulation And For Entry Of Stipulated Final Judgment, and the Court, being fully advised in the premises, it is hereby ordered and adjudged as follows:

1. That the Confidential Settlement Agreement among the Parties is hereby approved as being a fair and reasonable compromise of the many disputed issues of law and fact remaining in this action, many of which the Court is aware, from its review of the pretrial stipulation, and the pleadings and pending dispositive motions in the record;

2. That the Motion for approval of settlement stipulation is hereby granted;

3. That this Court reserves jurisdiction for the purpose of enforcing the Settlement Agreement, and for awarding Plaintiffs' counsel reasonable fees and costs herein; and

4. That otherwise, this action is dismissed with prejudice.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this 23rd day of July, 2003.

BARRY L. GARBER
United States Magistrate Judge

Copies Furnished To:
All Counsel of Record

Case No: 01-0456-CIV-GRAHAM/GARBER

## SERVICE LIST

Patricia H. Thompson, Esq.
Carlton Fields, P.A.
Attorneys for Defendant
100 S.E. 2nd Street
Bank of America Tower at
 International Place, Suite 4000
Miami, FL 33131
Phone: (305) 530-0050
Fax: (305) 530-0055

Donald J. Jaret, Esq.
Donald J. Jaret, P.A.
Co-Counsel for Plaintiffs
1400 N.W. 107th Avenue
Adler Plaza, Suite 201
Miami, FL 33172
Phone: (305) 740-3383
Fax: (305) 740-3385

Lawrence J. McGuinness, P.A.
Lawrence J. McGuinness, P.A.
Co-Counsel for Plaintiffs
198 N.W. 37th Avenue
Miami, FL 33125
Phone: (305) 649-0066
Fax: (305) 649-1033

MIA#2250390