UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENERAL DIVISION

CASE NO: 01-0456-CIV-▇▇▇GARBER

JACLYN ALFONSO, et al,

    Plaintiffs,

vs

BRINKER FLORIDA, INC., d/b/a
ROMANO'S MACARONI GRILL,

    Defendant.
_____/

**THIS IS A CONSENT CASE**

## FINAL JUDGMENT FOR ATTORNEY'S FEES AND COSTS

**THIS CAUSE** having come before the Court upon Plaintiffs' Motion for Award of Attorney's Fees, and Plaintiffs' Supplemental Motion for Attorney's Fees, the Court having reviewed the Motions and the record and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED as follows:**

1.    Judgment is hereby entered for Plaintiffs in the amount of $97,910.64 as and for attorney's fees and costs ($95,743.75 as attorney's fees; $2,166.89 in costs).

FOR ALL OF WHICH LET EXECUTION ISSUE.

**DONE AND ORDERED** in Chambers, in Miami, Dade County, Florida this 18th day of April, 2005.

_____
DISTRICT COURT JUDGE
MAG.

CASE NO.: 01-0456-CIV-GRAHAM

Copies furnished to:

Donald J. Jaret, Esq.
Counsel for Plaintiff
4960 S.W. 72nd Avenue
Suite 202
Miami, Florida 33155
Tel: (305) 740-3383
Fax: (305) 740-3385

Lawrence J. McGuinness, Esq.
*Co-Counsel for Plaintiffs*
198 N.W. 37th Avenue
Miami, Florida 33125
Tel: (305) 649-0066
Fax: (305) 649-1033

Patricia Thompson, Esq.
CARLTON FIELDS, P.A.
*Counsel for Defendant*
4000 International Place
100 S.E. 2nd Street
Miami, Florida 33131-9101
Tel: (305) 530-0050
Fax: (305) 530-0055