UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 01-0456-CIV-GARBER

JACLYN ALFONSO, et al.

    Plaintiff,

v.

BRINKER FLORIDA, INC., d/b/a
ROMANO'S MACARONI GRILL,

    Defendant.
_____/



**THIS IS A CONSENT CASE**

## SATISFACTION OF FINAL JUDGMENT FOR ATTORNEY'S FEES AND COSTS

Plaintiffs JACLYN ALFONSO, et. al. by and through their undersigned counsel of record, do hereby acknowledge that the Final Judgment for Attorney's Fees and Costs entered in the above styled cause against Defendant BRINKER FLORIDA, INC. d/b/a ROMANO'S MACRONI GRILL and dated the 18th day of April, 2005 and attached hereto as Exhibit "A", has been paid in FULL AND SATISFIED this 2nd day of May, 2005.

The said Plaintiffs' consent that the Final Judgment shall be satisfied of record, and have authorized their counsel of record to execute this Satisfaction.

_____      _____
Lawrence J. McGuinness, Esq.              Donald J. Jaret, Esq.
5040 N.W. 7th Street PH-1                 Donald J. Jaret, P.A.
Miami, FL 33126                         1400 N.W. 107th Avenue
                                         Flexx Space Building, Suite 201
                                         Miami, FL 33172

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared DONALD J. JARET; known to me and be the person(s) described in and who executed the foregoing instrument, and an oath was taken. (Check one): [X] Said person is personally known to me. [ ] Said person provided the following type of identification _____.

WITNESS my hand and official seal in the County and State last aforesaid this 28 day of APRIL of 2005.

NOTARY PUBLIC

By: _____
Print Name:

NOTARY PUBLIC-STATE OF FLORIDA
Vilma Martinez-Azoy
Commission # DD389928
Expires: JAN. 26, 2009
Bonded Thru Atlantic Bonding Co., Inc.

My Commission Expires:

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared LAWRENCE J. MCGUINNESS; known to me and be the person(s) described in and who executed the foregoing instrument, and an oath was taken. (Check one): [X] Said person is personally known to me. [ ] Said person provided the following type of identification _____.

WITNESS my hand and official seal in the County and State last aforesaid this 2nd day of May of 2005.

NOTARY PUBLIC

By: _____
Print Name:

My Commission Expires:

Erica Gutierrez
My Commission DD313645
Expires April 27 2008

MIA#2376978.1

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENERAL DIVISION

CASE NO: 01-0456-CIV-███████GARBER

JACLYN ALFONSO, et al,

    Plaintiffs,

vs                                  **THIS IS A CONSENT CASE**

BRINKER FLORIDA, INC., d/b/a
ROMANO'S MACARONI GRILL,

    Defendant.
_____/

## FINAL JUDGMENT FOR ATTORNEY'S FEES AND COSTS

**THIS CAUSE** having come before the Court upon Plaintiffs' Motion for Award of Attorney's Fees, and Plaintiffs' Supplemental Motion for Attorney's Fees, the Court having reviewed the Motions and the record and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED as follows:**

1.    Judgment is hereby entered for Plaintiffs in the amount of $97,910.64 as and for attorney's fees and costs ($95,743.75 as attorney's fees; $2,166.89 in costs).

FOR ALL OF WHICH LET EXECUTION ISSUE.

**DONE AND ORDERED** in Chambers, in Miami, Dade County, Florida this 18th day of April, 2005.

_____
DISTRICT COURT JUDGE
MAG.